UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boost Wordwide, Inc., | ) | CASE NO. 1:11CV2460 |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | |
| | ) | |
| Hairz Beauty Supply, | ) | ENTRY OF DEFAULT |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

It appearing that defendant Hairz Beauty Supply is in default having failed to plead or otherwise defend in the cause as required by law. In accordance with Fed. R. Civ. P. 55(a), default is hereby entered against Hairz Beauty Supply on this 5th day of January 2012.

GERI M. SMITH, CLERK OF COURT

By: */s/ Stella Leno-Clifford*
Stella Leno-Clifford
Courtroom Deputy Clerk